In the Matter of ELIZABETH V. TALBOT, Respondent, against BOARD OF EDUCATION OF CITY OF NEW YORK et al., Appellants.

Argued January 18, 1943; decided March 4, 1943.

*William C. Chanler*, Corporation Counsel (*Charles F. Murphy* and *Paxton Blair* of counsel), for appellants.

*Austin B. Mandel* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.